COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of D.L.W., J.A.W., and A.M.M., Children

Appellate case number:      01-20-00507-CV

Trial court case number:    2018-03930J

Trial court:                313th District Court of Harris County

Appellant, mother, has filed a notice of appeal of the trial court's June 24, 2020 Decree in Suit Affecting the Parent-Child Relationship. Appellant's brief initially was due on August 19, 2020. *See* TEX. R. APP. P. 38.6(a). On August 17, 2020, appellant, through counsel, filed an unopposed motion for extension of time to file her appellant's brief, requesting an extension of the deadline to file her brief to September 8, 2020.

Appellant's motion is **granted**. Appellant's brief is due no later than September 8, 2020.

Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of July 8, 2020, the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. **Accordingly, no further extensions of time will be granted absent extraordinary circumstances.**

It is so ORDERED.


Judge's signature: __/s/ Evelyn V. Keyes_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: ___August 20, 2020___